**U.S. COURTS**

JAN 16 2020

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Ullrich 56989

I.S.C.I. - Annex-14

P.O.Box-14

Boise, Idaho

83707

United States District Court

For The District Of Idaho

In The Matter Of ;            Motion For Order

Stephen Ullrich              Of Judicial Access

1. Comes now Stephen Ullrich , pro-se, but informally.

2. Requesting this Honorable Court to issue an Order
in any manor that would be fair and just to grant
me access to courts. (see-Mandamas).

3. The, Jurisdiction, of this Motion-Comes from the
U.S. Constitution, Article III, § 2., (etc.; Article VI.,
§ 2., §3).

#

Access -1

4. The, Subject Matter, access to courts, does include Rights, privileges, and immunities of Articles and Amendments of the u.s. Constitution, and there-of Equitable Principles; (idi-see) Article I., § 9., cl. 2., and First Amendment, (prejudicial Retaliation and coercion against).

5. Alleging; The, u.s. Article I. § 8, cl. 18., (etc.); (see) McCulloch vs. Maryland, 4 Wheat 316, 421 (1819), The Federal Court(s) have found prisoners must have access to a Reasonable-limited law library, (resources); and,

prisoners who are mentally challenged must must have assistance for access (to courts).

6. The, State of Idaho; State Actors; have been told by the Federal and State Courts of the (above 5.) mandates. (see, Lindquist vs. Ida. Brd. of Corr., 776 F.2d 851 (9th Cir 1985); Evensiovsky v. State, 30 P.3d 967 (Ida 2001) with judicial case history; Tennessee v. Lane, 541 u.s. _ (2004).
Crawford-El v. Britton, 523 u.s. 574, 590-91 (1998)-Public officials are presumed to know the law governing their conduct.

A-2

7. The New, 2019; Policy,
the (legal) Resource Center will only provide
the means to file and litigate an action into
Courts upon a criminal judgment (only); and

no means will be provided for civil suits.

8. I have suffered a prejudice to objective and
subjective, (significant), to liberty and prop-
erty Rights, (see-Capitol Criminal Case; 'Life' Sentence);
(Apparent and Imminent Danger, Baron Cruel and un-
usual Punishment); (Sanctions Imposed by Courts);
(et. seq).

9. I do pray this Honorable Court will please,
(a) file this action and prosecute it;
(b) to order the State to explain their conduct of
        violating court mandates and jurisprudence; and
(c.) for the State to produce a copy (to court and me),
        of my Resource Center file; and
(d) copy of relevant Grievance file; and
(e) copy of the Lindquist, 776 F.2d, Stipulation;
(f) to declare the conduct of the State is
        in violation law and equity and court
        mandates.

A-3

(g) to order the State to come into compliance;

(h) to provide me access to civil suit on this
      subject matter;

(i.) to move in any manor that is fair, just,
      or equitable.


Respectfully Submitted
This 10 day of January 2020

A-4